Probation Form No. 35      Report and Order Terminating Probation
(1/92)      Supervised Release
Date      Prior to Original Expiration

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC 13 PM 3: 15
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

UNITED STATES OF AMERICA      Crmin. No. 053L 2:01CR00277-001C

v.

Gustavo G Vides

On September 13, 2002, the above named was placed on Supervised Release for a period of three years. Gustavo G Vides has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

_____
Thomas Livingston
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 7th day of December, 2004.

_____
Helen G. Berrigan
Chief U.S. District Judge

**Distribution:**
 Original - Clerk's Office
 2 Certified Copies - United States Probation Office
 1 Certified Copy - United States Attorney's Office
 1 Certified Copy - Defense Attorney
 1 Certified Copy - Defendant

DATE OF ENTRY
DEC 1 4 2004

Fee_____
Process_____
Dktd_____
C:RmDep_____
Doc. No._____

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| JILL N. BENOIT<br>CHIEF PROBATION OFFICER | EASTERN DISTRICT OF LOUISIANA<br>PROBATION OFFICE | 500 POYDRAS STREET, ROOM B-505<br>NEW ORLEANS, LOUISIANA 70130<br>(504)589-3200<br>Fax 504/589-3286 |

December 6, 2004

*2004 DEC -9 A 11: 23*
*U S PROBATION OFFICE*
*NEW ORLEANS, LOUISIANA*

Honorable Helen G. Berrigan
Chief United States District Judge
500 Poydras Street, Room C-556
New Orleans, Louisiana 70130

> RE: VIDES, Gustavo
> Cr. No: 01-00277-001C
> **EARLY TERMINATION REQUEST**

Dear Chief Judge Berrigan:

On March 6, 2002, Gustavo Vides was sentenced by Your Honor after having been convicted for conspiracy to possess with intent to distribute gamma-hydroxybutyric acid. As a result, Vides was committed to the custody of the U. S. Bureau of Prisons for a term of five months with three years supervised release to follow. Vides was ordered to pay a $100.00 special assessment fee. In addition to the standard conditions of supervised release, the following special conditions were ordered:

1. Orientation and life skills condition
2. Drug testing and/or treatment
3. Home detention for a period of five months
4. 200 hours of community service work

Vides' supervision commenced on September 13, 2002, and is scheduled to terminate on September 12, 2005. Vides meets both the national and local policy criteria for consideration for early termination. Vides has complied with the general and special conditions of his supervision. He completed the orientation and life skills program. Further, he completed the drug aftercare program. Additionally, he completed the five-month home confinement with electronic monitoring program. Vides also completed the 200 hours of community service work ordered by the courts.

Contact was made with personnel of the U. S. Attorney's Office who expressed no objections to early termination of this case. Therefore, this officer is recommending that Gustavo Vides' term of supervised release be terminated at this time. Should Your Honor concur with this recommendation, please sign the attached Probation Form 35, Report and Order Terminating Probation/Supervised Release prior to the Original Expiration Date.

Respectfully,

Thomas Livingston
Senior U. S. Probation Officer

TL/tah

Attachment

**REVIEWED BY:** _____

**Stephanie H. Williams**
**Supervising U.S. Probation Officer**